RECEIVED
IN MONROE, LA
JUN 2 6 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **CHARLES THOMAS ALLEN** | **CIVIL ACTION NO. 05-1972** |
| **VS.** | **SECTION P** |
| **NURSE BLACKWELL, ET AL.** | **JUDGE JAMES** |
| | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and Local Rule 41.3.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 26 day of June, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE